476 A.2d 64

Commonwealth v. Tempest, Appellant.

Submitted February 28, 1984. Edward J. Bilik, Assistant Public Defender, for appellant; Patrick H. Mahady, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, DEL SOLE and MONTGOMERY, JJ.

Judgment of sentence affirmed.

476 A.2d 64

Commonwealth v. Wilkins, Appellant.

Submitted March 5, 1984. Edward Blumstein, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, POPOVICH and CERCONE, JJ.

Judgment of sentence affirmed.